AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Iowa

United States of America
v.

TYLER CHRISTIAN JONES,

Defendant(s)

Case No. 4:26-mj-502

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 23, 2026 to March 27, 2026 in the county of Warren in the Southern District of Iowa, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 2251(a) and 2251(e) | Sexual Exploitation and Attempted Sexual Exploitation of a Minor |
| 18 U.S.C. §§ 2252A(a)(2) and 2252A(b)(1) | Receipt and Attempted Receipt of Child Pornography |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

FBI Special Agent Ben Carter
*Printed name and title*

☑ Sworn to before me and signed in my presence.

☐ Sworn to before me by telephone or other reliable electronic means.

Date: 9/23/2026

[signature]
*Judge's signature*

City and state: Des Moines, Iowa

William P. Kelly, U.S. Magistrate Judge
*Printed name and title*

FILED
By: Clerk's Office, Southern District of Iowa
12:22 pm, Sep 23 2026

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| **AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT** | ) ) ) ) ) ) | Case No. 4:26-mj-502<br><br>**FILED UNDER SEAL** |

I, Benjamin C. Carter, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation and have been since July 2008. I am currently assigned to the Des Moines, Iowa, Resident Agency of the Omaha Field Office. During the normal course of my duties, I conduct investigations involving a variety of criminal violations, to include violations of federal statutes involving the sexual exploitation of minors and child pornography. I attended Iowa State University where I received a bachelor's degree in Sociology with minors in Criminal Justice and Political Science. Beginning in July 2008, I attended the FBI Academy in Quantico, Virginia, a 20-week training academy for FBI Special Agents. During the academy I received training on investigations into crimes against children and child sexual abuse material (CSAM). During my employment with the FBI, I was previously assigned to the Cleveland, Ohio Field Office working on an Organized Crime Drug Enforcement Task Force (OCDETF) for approximately six and one-half years. I conducted investigations of drug trafficking, money laundering, criminal gang participation, and weapons violations. I also worked in the Waterloo

FILED
By: Clerk's Office, Southern District of Iowa
12:24 pm, Sep 23 2026

(Iowa) Resident Agency for the FBI, where I conducted investigations into criminal gang violations, drug trafficking, firearms offenses, possession of CSAM, crimes against children, and sex abuse. I have conducted or participated in hundreds of controlled purchases of illegal narcotics and/or firearms and I have been the affiant on hundreds of search warrants for residences, cellular telephone devices, digital media devices, computers, and commercial structures. I have also been the affiant on over 34 Title III wiretap applications. Prior to being an FBI Special Agent, I was employed as a Senior Police Officer for the Des Moines, Iowa, Police Department (DMPD) for over 6 years. During my employment with the DMPD, I conducted investigations involving violent crime, sex abuse, and crimes against children. I am currently assigned to the Omaha Field Office, Des Moines Resident Agency Child Exploitation and Human Trafficking Task Force (CEHTTF).

2. I make this affidavit in support of a criminal complaint charging TYLER CHRISTIAN JONES ("JONES") with federal crimes. This affidavit is based upon information I have gained through my training and experience and my investigation of this matter, as well as upon information relayed to me by other individuals engaged in this investigation. I have not included each and every fact known to me concerning this investigation in this affidavit. I have set forth only the facts that I believe are necessary for the limited purpose of establishing probable cause for the issuance of the complaint.

3. Specifically, based upon facts contained herein, I believe probable cause exists that JONES committed the offenses of Sexual Exploitation and Attempted

Sexual Exploitation of a Minor, in violation of Title 18, United States Code, Section 2251(a) and 2251(e), and Receipt and Attempted Receipt of Child Pornography, in violation of Title 18, United States Code, Section 2252A(a)(2) and 2252A(b)(1), in Warren County, Iowa, within the Southern District of Iowa, from on or about March 21, 2026, through on or about March 27, 2026.

## PROBABLE CAUSE

4. On April 21, 2026, a Deputy with the Montgomery County (Texas) Sheriff's Office, Precinct 3, Constable's Office ("MCSO"), was dispatched to a residence in Spring, Texas, regarding a sexual assault. The Deputy met with Caregiver #1 (CAREGIVER), who is the caregiver of Minor Victim 1 (MV1), an eleven-year-old female. CAREGIVER reported that after MV1 attempted to hide her iPad from CAREGIVER, CAREGIVER searched the content of the iPad and observed an adult male[1] sending sexual images to MV1 over Snapchat. The adult used the username "johnnie" with a marijuana emoji. This Snapchat account was later identified by law enforcement as belonging to JONES. MV1 informed CAREGIVER that MV1 had been sending the male nude images of herself for approximately a month and a half. MV1 informed CAREGIVER that the male was twenty years old, and that he knew MV1 was eleven years old. CAREGIVER confiscated MV1's iPad and cellular telephone and turned the devices over to MCSO and provided MCSO with consent to search the devices. A subsequent interview of CAREGIVER revealed

[1] The male using this Snapchat account was later identified as JONES. MV1 knew JONES as "Tyler" and "Johnnie" was his Snapchat handle. Because the investigation revealed that JONES, "Tyler," and "Johnnie" are the same person, he will be referred to as JONES throughout this affidavit.

that MV1 informed CAREGIVER that "johnnie" was known to MV1 as "Tyler." Within MV1's telephone was a contact listed as "Tyler Jones" with the telephone number 515-XXX-XX29.[2] Law enforcement conducted open-source queries that associated that phone number with JONES. Moreover, this phone number was assigned to the cellular phones seized from JONES on or about May 4, 2026—as described further below. An Iowa Driver's License photo of JONES matched the images of the male located on MV1's devices.

5. Pursuant to subpoena, investigators learned that Snapchat account johnnyXXX_X[3] had no subscriber information and was linked to Google Gmail account jakejork325@gmail.com. Subpoenas for this Gmail account are pending. Also pursuant to subpoena, Snapchat account johnnyXXX_X had IP login information associated with the account. The overwhelming majority of the IPs resolved to T-Mobile and no further information was available. It is important to note that JONES's known cellular telephone, 515-XXX-XX29, has a provider of US Cellular. T-Mobile purchased US Cellular and is the carrier for their service.

6. On April 21, 2026, a forensic interview was conducted of MV1. MV1 reported that she met JONES via Snapchat after adding his Snapchat account. MV1 informed JONES that she was eleven years old, which JONES acknowledged without objection. MV1 and JONES engaged in Snapchat video calls, as recently as two or

---

[2] The full phone number is known to law enforcement.

[3] The full Snapchat account identifier for the "johnny" account—as well as the "lockXXXjaw" account—is known to law enforcement but I have replaced numbers with Xs to anonymize the precise account.

three weeks prior to the interview, wherein JONES exposed his penis and would masturbate before ejaculating into his hand on multiple occasions. On at least one occasion, MV1 masturbated during a video call with JONES. MV1 stated that she sent images of her nude body to JONES including images of her genitalia, breasts and butt. JONES also sent MV1 images of him exposing his penis and masturbating.

7. In late April 2026, investigators reviewed MV1's devices which revealed Snapchat conversations with JONES (denoted as "TJ" in the chats listed below), using accounts "johnnyXXX_X" and "lockXXXjaw". Account johnnyXXX_X was assigned the name "Johnnie [emoji]" in MV1's Snapchat and account lockXXXjaw was assigned the name "[emoji] Tyler [emoji]"[4]. Pursuant to subpoena to Snapchat, investigators learned that the lockXXXjaw account was linked to a Google Gmail account that bore an email address containing the full legal name of JONES.

8. johnnyXXX_X: This Snapchat account appears to have been in contact with MV1 at least from February 11, 2026, to April 21, 2026, based on the forensic extraction report of MV1's telephone. Most of the messages were deleted. However, captured in the chat on April 20, at 3:27 a.m., johnnyXXX_X sent an image file to MV1 over Snapchat depicting an adult male's erect penis with a hand holding onto it.

9. lockXXXjaw: This Snapchat account appears to have been in contact with MV1 at least from February 17, 2026, to April 21, 2026, based on the forensic

[4] In MV1's Snapchat the contact name "Tyler" was not written in normal script but used what appeared to be a sideways "T" and "yler" using characters with accents.

extraction report of MV1's telephone. The message thread had multiple media files sent back and forth but the content of those files was not available to law enforcement. MV1 calls the person "Tyler" on multiple occasions in the thread. The conversations below do not represent the message thread in its entirety. Messages can and frequently do occur between the messages below as investigators have only documented a sample of the pertinent messages for brevity. The following conversations occurred between March 21, 2026, and March 27, 2026, and were located in MV1's telephone:

<u>3/21/2026</u>

MV1: Nvm what vids you want . . .

TJ: I was gonna send you vids but if ur offering

TJ: I wanna see all of you i love your whe body

TJ: Whole*

MV1: Mh ok

MV1: Maybe . . .

[. . .]

TJ: Ive dkne worse to skmeone

MV1: Oh ik

TJ: Broke there skull into pieces

TJ: Also spend a yr and a half in an institution for murder lmao

TJ: I was ur age at the time too

[. . .]

TJ: Can I see it come out of you?

MV1: Nope

TJ: Why

TJ: Be a good slut for dadsy

TJ: Daddy*

MV1: I already changed

TJ: Show me it idc . . .

MV1: Soo what do you want again

TJ: To see you cream

TJ: You get sum in return too dw

TJ: I'll send a new video from my my eyes only . . .

TJ: I'm waitinggg

MV1: I don't want to

TJ: Thats why I fucking want it

MV1: I don't thoooo

TJ: I know

TJ: Thats when I want it most

TJ: Thats when ill just force it in you . . .

TJ: Them give me what I want

TJ: Or you dont get to watch my dick get sucked . . .

TJ: Now do as ur told . . .

TJ: Put that finger in

TJ: NOW

TJ: Im not fucking asking

MV1: Two already is in

TJ: Send a video and ill send my eyes only videos in return

TJ: Let you kasterbate to me

MV1: *Sends an unknown media file to TJ. It is important to note that the media file was saved by JONES as documented in the Snapchat thread.

TJ: I said video

MV1: No . . .

MV1: What do you want

TJ: To watch u masterbate . . .

TJ: Unless you wanna use phone sex later . . .

MV1: *Sends an unknown media file to TJ. It is important to note that the media file was saved by JONES as documented in the Snapchat thread.

TJ: Keep going . . .

MV1: *Sends an unknown media file to TJ. It is important to note that the media file was saved by JONES as documented in the Snapchat thread.

TJ: Put three fingers in

TJ: Force them in

MV1: Three!

TJ: Yes

MV1: No . . .

TJ: Wb2

MV1: Fine

TJ: Send a video and you'll get yours

TJ: NOW . . .

MV1: *Sends an unknown media file to TJ. It is important to note that the media file was saved by JONES as documented in the Snapchat thread.

TJ: Fucking good slut

TJ: Now when you cum send a lic of it coming out

[. . .]

<u>3/25/2026</u>

MV1: If you don't text me in the next two minutes you don't get any videos of me masturbating

MV1: I took a video but you don't get them till later . . .

[. . .]

TJ: Im trying to get a new job so I can come see you

[. . .]

<u>3/27/2026</u>

MV1: Now I am horny cuz u

TJ: Cuz what

TJ: Good

TJ: Masterbate for me

TJ: To my cock

MV1: I still have a video from the other day

TJ: Showww

MV1: *Sends an unknown media file to TJ. It is important to note that the media file was saved by JONES as documented in the Snapchat thread.

TJ: . . . Just saved ut

TJ: it

MV1: I took it for uou

TJ: Good girl

TJ: Got me bricked . . .

TJ: Now masterbate horny girl

MV1: …fine

TJ: Good girl use a hair brush i want u to stretch . . .

TJ: Just make sure your record for me

TJ: *Sends a video file to MV1 of a female bent over a bathtub. A male is engaging in vaginal sex with the female.

[. . .]

10. The MCSO obtained a search warrant for JONES's two Snapchat accounts referenced above. In the messages with MV1, JONES repeatedly reminded MV1 to be more careful. On one occasion, shortly after a video call, JONES indicated MV1 needed to "stop talking [about] school" and that MV1 should instead say "university" if MV1 was talking about school. JONES repeatedly expressed awareness that MV1 was underage and his behavior could be criminal.

11. On May 4, 2026, at approximately 3:56 p.m., a Carlisle (Iowa) Police Department ("CPD") marked patrol unit conducted a traffic stop of a vehicle which was observed running a stop sign in Carlisle, Iowa. This vehicle was registered to JONES's mother. JONES was the driver of this vehicle. JONES was detained and a black Samsung cell phone was taken from his person.

12. On May 5, 2026, investigators obtained federal search warrants for JONES's apartment in Carlisle, Iowa, a 2011 Nissan Rogue, a Samsung cellular telephone taken from the person of JONES on May 4, and any electronic devices located within the Rogue or the apartment.

13. Pursuant to the search warrant, investigators forensically extracted the Samsung Galaxy cell phone located on JONES during the May 4 traffic stop. Investigators also seized and forensically extracted a second Samsung Galaxy cell phone located in JONES's Nissan Rogue. This second cell phone had been assigned the same telephone number as the telephone on JONES's person (both 515-XXX-XX29) and this second phone contained accounts, media, and email that confirm JONES's ownership of the device. Photographs and videos of MV1 engaged in sexually explicit conduct were located during a forensic analysis of this phone. The device also contained sexually explicit conversations between MV1 and JONES and a conversation wherein JONES and MV1 discuss JONES traveling to MV1 and taking her. As described above, investigators' review of MV1s phone showed that MV1 had a contact entry in her phone for "Tyler Jones" with the same assigned phone number (515-XXX-XX29).

4:26-mj-502

## CONCLUSION

14. Based on the foregoing facts and information, I submit there is probable cause to believe TYLER CHRISTIAN JONES committed the offenses of Sexual Exploitation and Attempted Sexual Exploitation of a Minor, in violation of Title 18, United States Code, Section 2251(a) and 2251(e), and Receipt and Attempted Receipt of Child Pornography, in violation of Title 18, United States Code, Section 2252A(a)(2) and 2252A(b)(1).

I declare under penalty of perjury that the foregoing facts and circumstances are true and correct to the best of my knowledge and belief.

Executed this 23rd day of September, 2026.

Respectfully submitted,

Benjamin C. Carter
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on this 23rd day of September, 2026.

Hon. William P. Kelly
United States Magistrate Judge
Southern District of Iowa